Jacob A. Walker (SBN 271217)
**BLOCK & LEVITON LLP**
400 Concar Drive
San Mateo CA 94402
(650) 781-0025
jake@blockleviton.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIRAN TOBI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SEMTECH CORPORATION, HONG HOU, and MARK LIN,<br><br>    Defendants. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Liran Tobi ("Plaintiff"), individually and on behalf of all others similarly situated, alleges the following upon personal knowledge as to Plaintiff, and upon information and belief as to all other matters based upon the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of documents filed by Defendant Semtech Corporation ("Semtech" or the "Company") with the U.S. Securities and Exchange Commission ("SEC"), research reports issued by securities and financial analysts, press releases issued by Defendants, media and news reports, and other publicly available information about Defendants. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

**NATURE AND SUMMARY OF THE ACTION**

1. This is a securities fraud class action on behalf of all those who purchased, or otherwise acquired, Semtech common stock during the period from August 27, 2024 to February 7, 2025, inclusive (the "Class Period"), who were damaged thereby (the "Class"). This action is brought on behalf of the Class for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10 b-5.

2. Semtech designs, develops, manufactures, and markets analog and mixed-signal semiconductors and advanced algorithms. It provides signal integrity, video, video-over-IP technology, protection, and sensing products, as well as a portfolio of IoT solutions, switching voltage regulators, combination switching and linear regulators, smart regulators, isolated switches, and wireless charging related products.

3. Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material facts, including that: (1) Semtech's CopperEdge products were not well-positioned for a substantive ramp in fiscal 2026; (2) Semtech's most valuable customer, NVIDIA Corporation ("NVIDIA"), had provided negative feedback about CopperEdge; (3) end users of its server rack platform had discussions with Semtech that aligned with NVIDIA's negative feedback;

and (4) based on the foregoing, Defendants lacked a reasonable basis for their positive statements related to CopperEdge, as well as related financial results, growth, and prospects.

4.     After the market closed on February 7, 2025, Semtech announced that CopperEdge's fiscal year 2026 net sales are "expected to be lower" than the company's $50 million floor case scenario "due to rack architecture changes, with no expected ramp-up over the course of fiscal year 2026." Upon information and belief, Semtech cut its 2026 net sales based on feedback from NVIDIA and discussions with end users of the server rack platform.

5.     On this news, the price of Semtech common stock declined more than 31%, from a closing price of $54.51 per share on February 7, 2025 to $37.60 per share on February 10, 2025, the following trading day. This represented the largest single-day decline for Semtech stock in almost 40 years.

6.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common stock, Plaintiff and other Class Members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.     The claims asserted herein arise under §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and 1367, and pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa.

8.     This Court has jurisdiction over each Defendant named herein because each Defendant is an individual or corporation who has sufficient minimum contacts with this District so as to render the exercise of jurisdiction by the District Court permissible under traditional notions of fair play and substantial justice.

9.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1931(b), as the Company has its principal executive offices located in this District and conducts substantial business here.

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

10. In connection with the acts, omissions, conduct, and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce including but not limited to the United States mail, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

11. Plaintiff, as set forth in the accompanying certification, which is incorporated by reference herein, purchased Semtech Corporation common stock during the Class Period and has been damaged thereby.

12. Defendant Semtech Corporation is a semiconductor and cloud connectivity service provider headquartered in Camarillo, California. The Company's stock trades on the Nasdaq under the ticker symbol "SMTC."

13. Defendant Hong Hou ("Hou") has served as President and Chief Executive Officer ("CEO") of Semtech since June 2024, and as a member of the Board of Directors since July 2023.

14. Defendant Mark Lin ("Lin") has served as Executive Vice President and Chief Financial Officer ("CFO") of Semtech since October 2023.

15. Collectively, Defendants Hou and Lin are referred to throughout this complaint as the "Individual Defendants."

16. The Individual Defendants, because of their positions at the Company, possessed the power and authority to control the content and form of the Company's annual reports, quarterly reports, press releases, investor presentations, and other materials provided to the SEC, securities analysts, money and portfolio managers and investors, *i.e.*, the market. The Individual Defendants authorized the publication of the documents, presentations, and materials alleged herein to be misleading prior to its issuance and had the ability and opportunity to prevent the issuance of these false statements or to cause them to be corrected. Because of their positions with the Company and access to material non-public information available to them but not to the public, the Individual Defendants knew that the adverse facts specified herein had not been disclosed to and were being

concealed from the public and that the positive representations being made were false and misleading. The Individual Defendants are liable for the false statements pleaded herein.

17. Semtech and the Individual Defendants are referred to herein, collectively, as "Defendants."

## SUBSTANTIVE ALLEGATIONS

18. Semtech is a semiconductor and cloud connectivity service provider. On August 23, 2022, Semtech announced the release of its CopperEdge product portfolio, with CopperEdge GN8112, a quad channel 112Gbps PAM4 linear equalizer, as the first product sampling. Semtech stated that the GN8112 was designed for Active Copper Cable (ACC) assembly applications and provides reach extension over that of a passive Direct Attach Copper (DAC) Twinaxial (Twinax) cable assembly.

19. At the time CopperEdge was released, Semtech advertised a wide range of applications, including "cloud computing, artificial intelligence (AI) and high-performance computing (HPC) applications" as well as "in backplane and onboard applications to extend the trace lengths of interconnects for reliable high-speed communication between two end points."

20. Semtech touted CopperEdge as highly innovative and in November 2022, Mohan Maheswaran, Semtech's former President, CEO, and Director, represented that CopperEdge was starting to "gain traction" in advanced data centers focused on leading edge, AI, or high-speed computing applications. In August 2024, Defendant Hou announced on an earnings call that Semtech had partnered with NVIDIA for the application of CopperEdge to implement ACCs for Blackwell racks and pods. The Blackwell architecture and portfolio of products was designed to address the needs of increasing AI model sizes and parameters with new innovations, including a new second-generation Transformer Engine.

21. After the new partnership with NVIDIA was announced, Defendants led investors to believe that Semtech's role in AI was expanding. CopperEdge was marketed as a key networking component that offered lower cost and power consumption compared to digital alternatives, and Defendant Hou advertised that CopperEdge sales were expected to have an incrementally higher

contribution in the fourth quarter of 2025, "followed by a ramp progressing through FY '26." Throughout the Class Period, NVIDIA was pushing hard to scale AI networking, and Semtech appeared well-positioned to capitalize on the valuable AI market with CopperEdge.

22. As a result of Defendants' misleading statements and omissions about the Company's CopperEdge portfolio, investors were unaware that NVIDIA had provided negative feedback about CopperEdge, which aligned with discussions with end users of the server rack platform. This negative feedback posed a significant risk to Semtech's most important CopperEdge client relationship, as well as its source of growth for the projected "ramp-up" for fiscal year 2026.

## DEFENDANTS' MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS

23. The Class Period starts on August 27, 2024, when Semtech held an earnings call about its reported financial results for its fiscal 2025 second quarter. On the call, Defendant Hou advertised the impact of existing purchase orders for CopperEdge and the Company's partnership with NVIDIA, stating:

> Semtech's CopperEdge continuous time linear equalizers **have a well-documented application, where we partnered with NVIDIA** to implement low-power, low-latency active copper cables or ACCs for Blackwell racks and pods.
>
> For our 200G CopperEdge linear re-drivers, **we have received the purchase orders from ACC cable manufacturers and expect the shipments to start in our fiscal third quarter in limited quantities, a nominal ramp in the fourth quarter and acceleration in the next fiscal year.**

24. In response to an analyst's question about whether Semtech was "ramping in line to maybe a bit ahead of expectations with NVIDIA and the Blackwell design[,]" Defendant Hou stated:

> So, in Q3, we expected the shipment in limited quantities, not gated by the demand, but there is going to be a cycle time from the fab. We have already anticipated that, and we got the wafer bank and die bank build beforehand **but the real meaningful**

*ramp is going to be in our Q4, fiscal year Q4 and then throughout the 2026 FY*, and we expect pretty healthy demand based on the current PL1 forecast.

And then you mentioned about AEC, you're right. So, the ACC will probably first and foremost encroach into the AEC market, and that's where the ACC provides the signal integrity requirement but reduce the power and reduced latency.

And then the DAC cables and a lot of backplane on the new switch, 100 T switch deployed, they will be having a 224 gigabit SerDes in the ports. So, 200 gig become the Ethernet port, I would imagine the scale out, they will need a lot of -- even the back point connectivities in the ACC cable, which will provide the signal integrity they need and low power consumption they need.

25. On November 25, 2024, Semtech held an earnings call about its reported financial results for its fiscal 2025 third quarter. During that call, Defendant Hou stated:

Consistent with our outlook for Q3, shipments commenced on our CopperEdge 200-gig linear redrivers used in 1.6T active copper cable, or ACC applications. CopperEdge net sales were in the high-single-digit million dollars. *We expect incrementally higher contribution in our Q4, followed by a ramp progressing through FY '26.*

There have been multiple reports regarding Blackwell GPU rack designs and timing of volume shipment, which could potentially impact the TAM and timing of ACC market where we provide key enabling IC components. *That said, allow me to provide some assurances based on our ecosystem engagement. We have invested time with our customer and end users of the racks over the past few months. We reaffirmed our expectation of exceeding the floor case provided a couple quarters ago based on the firsthand information from the ecosystem.*

26. On the same call, Defendant Hou further touted CopperEdge product features and AI applications, as well as Semtech's understanding of its customers' challenges, stating:

CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

> I connected with many CSPs, cable manufacturers, and ecosystem participants at the very well attended Open Compute Project or OCP Global Summit last month, where Meta presented, contributed, and demonstrated on the show floor its Catalina platform. Catalina is a dual-rack NVL36 design connected with a CopperEdge enabled ACCs. ***This appears to be a major platform that multiple CSPs will adopt in the near future for their AI data centers***. Several companies are currently conducting design work using our CopperEdge chips in 200-gig traces on their boards to improve signal integrity.
>
> Rack designs have varied and will continue to vary as CSPs deploy various configurations in their data centers. But the OCP Global Summit reaffirmed my belief that a count of 200-gig ports connected to cables with a length up to 3 meters is a more relevant measure of a CopperEdge SAM. ***At 200-gig and at a cable length up to 3 meters, CopperEdge will meet signal integrity requirements not readily achievable with direct attached copper, or DAC cables. And at a lower latency, lower cost, and much smaller power consumption required compared to DSP-based retime solutions.***
>
> Semtech's low-power, low-latency CopperEdge solutions have gained positive attention in the data center ecosystem. And our technical collaboration with a number of CSPs and cable manufacturers has accelerated since last quarter. ***My team's engagement with architecture decision makers and technical executives in the ecosystem significantly streamlined the time between understanding our customers' challenges and delivering Semtech's proposed solutions. I believe this is proven to be a positive differentiator in CopperEdge proliferation and improved Semtech's NPI time to market.***

27. In response to an analyst's question about free cash flow generation over the next few quarters, "[n]ow that CopperEdge is ramping," Defendant Lin stated:

- 8 -
CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS

> *Yes. I'm quite pleased, Tristan, Q3 operating cash flow was $29.6 million. Free cash flow was $29.1 million. So cash flow, definitely, we've inflected, consistent with the business. And I'm pleased that cash flow is really generation is broad-based across our businesses. We may have to build a little bit more inventory supporting demand, but we continue to generate cash.* And as you see that, as soon as we generate the cash, we delever, right? We pay down principal. In terms of where we're going to exit, we only guide out one quarter, but you can maybe take a look at our EBITDA that we reported this quarter annualized. That might give you an indication of potentially where our leverage ratios are heading.

28. In response to another analyst's question about how much CopperEdge was being shipped out in Q2 and then "the bulk of these shipments, is this all to the big AI GPU guy directly," Defendant Lin stated:

> We're looking at -- when we mentioned that it's high-single-digit millions of CopperEdge, effectively, you can consider that 200-gig active copper cable, and *it's really directed -- our customer is cable suppliers, but I think we get the demand really from that large company*. So at this point, just with the demand for the cables, I don't think, really anything is going into channel. It's really going to supply rack shipments.

29. The statements referenced above in ¶¶23-28 were materially false and/or misleading when made because they failed to disclose the following adverse facts pertaining to the Company's business, which were known to Defendants or recklessly disregarded by them as follows:

    a) Semtech's CopperEdge products were not well-positioned for a substantive ramp in fiscal 2026;

    b) Semtech's most valuable customer, NVIDIA, had provided negative feedback about CopperEdge;

    c) End users of the server rack platform had discussions with Semtech that aligned with the negative feedback provided by NVIDIA; and

      d)    that, based on the foregoing, Defendants lacked a reasonable basis for their positive statements about the Company's business, operations, and prospects related to CopperEdge.

30. On February 7, 2025, Semtech revealed that for fiscal year 2026, net sales from CopperEdge products used in ACCs are "expected to be lower than the Company's previously disclosed floor case estimate of $50 million due to rack architecture changes, with no expected ramp-up over the course of fiscal year 2026." Semtech further stated that its revised estimates "are based on recent feedback from a server rack customer and correlated to discussions with end users of the server rack platform."

31. On this news, the price of Semtech common stock declined by $16.91 per share, or approximately 31%, from $54.51 per share on February 7, 2025 to close at $37.60 on February 10, 2025.

## ADDITIONAL SCIENTER ALLEGATIONS

32. As alleged herein, Defendants acted with scienter in that they knew the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents and in actions intended to manipulate the market price of Semtech's common stock as primary violations of the federal securities laws. As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Semtech, their control over, and/or receipt or modification of, the Company's allegedly materially misleading misstatements, and/or their associations with the Company that made them privy to confidential proprietary information concerning Semtech, participated in the fraudulent scheme alleged herein. The adverse events at issue also involved the Company's core product and associated partnership with NVIDIA.

33. Defendants capitalized on Semtech's artificially inflated stock price to conduct a common stock offering pursuant to Semtech's Form S-3 Registration Statement and its Prospectus

and Prospectus Supplement, dated December 5, 2024. On December 9, 2024, Semtech stated in a Form 8-K filed with the SEC that the $575 million in proceeds from the offering were to be used "for the repayment of certain indebtedness" with multiple lender banks. Defendants were motivated to artificially inflate Semtech's stock price for this purpose, and the timing of the offering in relation to Defendants' misstatements and omissions about CopperEdge's performance further support a strong inference of scienter.

34. As such, the Individual Defendants knew or were reckless in not knowing of the undisclosed facts detailed herein.

## LOSS CAUSATION/ECONOMIC LOSS

35. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss, *i.e.*, damages, suffered by Plaintiff and the Class.

36. On February 7, 2025, Semtech announced that net sales of CopperEdge products are expected to fall below the previously disclosed $50 million floor estimate in fiscal year 2026, with no expected ramp-up in 2026, which was "based on recent feedback from a server rack customer and correlated to discussions with end users of the server rack platform." On this news, the price of Semtech common stock declined more than 31%, from a closing price of $54.51 per share on February 7, 2025 to $37.60 per share on February 10, 2025, the following trading day.

37. The decline in Semtech's stock price is directly attributable to the announcements about the accelerated platformization and reduced guidance.

## APPLICABILITY OF PRESUMPTION OF RELIANCE: FRAUD-ON-THE-MARKET DOCTRINE

38. Plaintiff will rely upon the presumption of reliance established by the fraud-on-the-market doctrine that, among other things:

    a) Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

    b) The omissions and misrepresentations were material;

    c) The Company's common stock traded in efficient markets;

    d) The misrepresentations alleged herein would tend to induce a reasonable investor to misjudge the value of the Company's common stock; and

    e) Plaintiff and other members of the class purchased the Company's common stock between the time Defendants misrepresented or failed to disclose material facts and the time that the true facts were disclosed, without knowledge of the misrepresented or omitted facts.

39. At all relevant times, the markets for the Company's stock were efficient for the following reasons, among others: (i) the Company filed periodic public reports with the SEC; and (ii) the Company regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news ire services and through other wide-ranging public disclosures such as communications with the financial press, securities analysts, and other similar reporting services. Plaintiff and the Class relied on the price of the Company's common stock, which reflected all information in the market, including the misstatements by Defendants.

## NO SAFE HARBOR

40. The statutory safe harbor provided for forward-looking statements under certain conditions does not apply to any of the allegedly false statements pleaded in this Complaint. The specific statements pleaded herein were not identified as forward-looking statements when made.

41. To the extent there were any forward-looking statements, there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements.

## CLASS ACTION ALLEGATIONS

42. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of a class of all persons and entities who purchased or otherwise acquired Semtech common stock between August 27, 2024 and February 7, 2025, inclusive. Excluded from the Class are Defendants and their families, the officers and directors of the Company, at all relevant

times, members of their immediate families, and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

43. The members of the Class are so numerous that joinder of all members is impracticable. The disposition of their claims in a class action will provide substantial benefits to the parties and the Court.

44. There is a well-defined community of interest in the questions of law and fact involved in this case. Questions of law and fact common to the members of the Class which predominate over questions which may affect individual Class members include:

   a) Whether Defendants violated the Exchange Act;
   b) Whether Defendants omitted and/or misrepresented material facts;
   c) Whether Defendants' statements omitted material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading;
   d) Whether Defendants knew or recklessly disregarded that their statements were false and misleading;
   e) Whether the price of the Company's stock was artificially inflated; and
   f) The extent of damage sustained by Class members and the appropriate measure of damages.

45. Plaintiff's claims are typical of those of the Class because Plaintiff and the Class sustained damages from Defendants' wrongful conduct alleged herein.

46. Plaintiff will adequately protect the interests of the Class and has retained counsel who are experienced in class action securities litigation. Plaintiff has no interests that conflict with those of the Class.

47. A class action is superior to other available methods for the fair and efficient adjudication of this controversy.

# COUNT I
### For Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder
### (Against All Defendants)

48. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

49. During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

50. Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon those who purchased or otherwise acquired the Company's securities during the class period.

51. Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's common stock. Plaintiff and the Class would not have purchased the Company's common stock at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' misleading statements.

# COUNT II
### For Violation of §20(a) of the Exchange Act
### (Against the Individual Defendants)

52. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

53. Defendants acted as controlling persons of the Company within the meaning of §20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions at the Company, the Individual Defendants had the power and authority to cause or prevent the Company from engaging in the wrongful conduct complained of herein. The Individual Defendants were provided with or had unlimited access to the documents where false or misleading statements were made and other

statements alleged by Plaintiff to be false or misleading both prior to and immediately after their publication, and had the ability to prevent the issuance of those materials or to cause them to be corrected so as not to be misleading. The Company controlled the Individual Defendants and all of its employees. By reason of such conduct, Defendants are liable pursuant to §20(a) of the Exchange Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

A. Determining that this action is a proper class action pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure on behalf of the Class as defined herein, and a certification of Plaintiff as class representative pursuant to Rule 23 of the Federal Rules of Civil Procedure and appointment of Plaintiff's counsel as Lead Counsel;

B. Awarding compensatory and punitive damages in favor of Plaintiff and the other class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including pre-judgment and post-judgment interest thereon.

C. Awarding Plaintiff and other members of the Class their reasonable costs and expenses in this litigation, including attorneys' fees, experts' fees and other reasonable costs and disbursements; and

D. Awarding Plaintiff and the other Class members such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

| | |
|---|---|
| February 25, 2025 | Respectfully submitted, |
| | */s/ Jacob A. Walker* <br> Jacob A. Walker (SBN 271217) <br> **BLOCK & LEVITON LLP** <br> 400 Concar Drive <br> San Mateo CA 94402 <br> (650) 781-0025 <br> jake@blockleviton.com |
| | *Counsel for Plaintiff* |

**Certification Pursuant to Federal Securities Laws**

1. I, Liran Tobi, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Semtech Corporation ("Semtech" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in Semtech Corporation securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: Semtech Corporation securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Schedule A is a list of all of my transactions in Semtech Corporation securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 02/23/2025

*Liran Tobi*
Liran Tobi

## Schedule A

Liran Tobi's Transactions in Semtech Corporation (SMTC):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 1/3/2025 | Buy | 300 | $63.87 |
| Common Stock | 1/27/2025 | Buy | 100 | $57.715 |
| Common Stock | 2/7/2025 | Sell | -400 | $56.7540625 |
| Common Stock | 2/7/2025 | Buy | 350 | $52.00 |